June 30, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

DAVIS-LYNCH, INC., Appellant

NO. 14-13-01112-CV                              V.

ASGARD TECHNOLOGIES, LLC, MANGROVE, INC., TALENT FORCE, INC., PHOENIX OFFSHORE SERVICES, L.L.C., TALENT FORCE TECHNICAL, L.L.C., ASGARD RESOURCES, LLC, ASGARD RESOURCES OF TEXAS, L.L.C., AND ARTHUR P. GRIDER, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Asgard Technologies, LLC, Mangrove, Inc., Talent Force, Inc., Phoenix Offshore Services, L.L.C., Talent Force Technical, L.L.C., Asgard Resources, LLC, Asgard Resources of Texas, L.L.C., and Arthur P. Grider, signed November 15, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in rendering judgment in favor of appellees on the negligent retention claim of appellant, Davis Lynch, Inc. We therefore order that the judgment in favor of appellees on appellant's negligent retention claim be **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.